UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDMUND V. LUDWIG<br>Judge | 12614 United States Courthouse<br>Independence Mall West<br>Philadelphia, PA 19106-1775<br>(215) 580-2030<br>(215) 580-2142 FAX |

GERALD JAY POMERANTZ
7TH FL., STEPHEN GIRARD BLDG.
21 S. 12TH ST.
PHILA., PA 19107-3603

MARK S. SCHEFFER
7TH FL., STEPHEN GIRARD BLDG.
21 S. 12TH ST.
PHILA., PA 19107-3603

## NOTICE OF SCHEDULING CONFERENCE

RE:   DIO et al.  v. PEP BOYS, INC.
      CIVIL ACTION NO. 02-2641

Judge Ludwig has scheduled a Rule 16 conference for your case or cases on Wednesday, July 31, 2002 at 11:00 a.m. in chambers, Room 12614.

Enclosed is Judge Ludwig's **C A S E Management Program.**

**Counsel for plaintiff is required to notify unrepresented defendant(s) as to the date and time of the conference by serving a copy of this notice (with attachments) upon defendant(s) or their counsel, if known.**

If service of process has not been made, it is also the responsibility of plaintiff's counsel to take all steps reasonably necessary to expedite service as required by Fed. R. Civ. P. 4(a).

Very truly yours,

Kathryne M. Crispell
Deputy Clerk to Judge Ludwig

DATE:  July 15, 2002